**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
**TREVOR WAITE, ESQ.**
Nevada Bar # 13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant,*
*UNIVERSAL ACCOUNT SERVICING, LLC,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS BRINGLE,<br><br>　　　　　　Plaintiff,<br>v.<br><br>UNIVERSAL ACCOUNT SERVICING, LLC,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00363-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff TRAVIS BRINGLE ("Plaintiff") and Defendant UNIVERSAL ACCOUNT SERVICING, LLC, ("Defendant"), and through their respective counsel, as follows:

WHEREAS, the Complaint which is the subject of this action was served on Defendant on March 16, 2020;

WHEREAS, Plaintiff and Defendant (hereinafter referred to as "Parties") have met and conferred and agree good cause exists to extend the deadline for Defendant to respond to Plaintiff's Complaint to April 27, 2020;

WHEREAS, due to the COVID-19 pandemic key personnel from Defendant counsel's office have been absent and are working remotely.

WHEREAS, no previous extension has been requested;

WHEREAS, the extension of time does not extend the time to respond by more than 30 days;

WHEREAS, no party claims prejudice as a result of the extension of time;

WHEREFORE, the Parties stipulate and agree that Defendant shall have an extension of time up to and including April 27, 2020 within which to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

**LAW OFFICE OF NICHOLAS M. WAJDA**

Dated: April 3, 2020         s/Nicholas M. Wajda
                             Nicholas M. Wajda
                             *Attorney for Plaintiff,*
                             *TRAVIS BRINGLE*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

Dated: April 3, 2020         s/Kurt R. Bonds
                             Kurt R. Bonds
                             Trevor Waite
                             *Attorney for Defendant,*
                             *UNIVERSAL ACCOUNT SERVICING, LLC.*

**IT IS SO ORDERED:**

Daniel J. Albregts
United States Magistrate Judge

DATED: April 7, 2020